**Richard COOPERSTEIN, Executor of the Estate of Elsie Cooperstein, Deceased,**

**and**

**Ruth A. Gorneau, Administratrix of the Estate of Anne Nathan, Deceased, Appellants,**

v.

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

**and**

**Jack Cooperstein, Appellees.**

Supreme Court of Pennsylvania.

Submitted Sept. 30, 1994.

Decided Nov. 4, 1994.

Lawrence S. Rosenwald, Philadelphia, for Cooperstein and Gourneau.

L. Rostaing Tharaud, Philadelphia, for Liberty Mut. Fire Ins. Co.

**435**

Lisa M. Bellino, Philadelphia, for J. Cooperstein.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

### ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.